IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Anthony James, #310987, | ) | C/A No.: 1:17-1256-TMC-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Lavern Cohen; Jane Doe, Grievance Lady; John Doe, Maintenance; and Wanda Buoy, | ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on Defendants' motion [ECF No. 33] to depose Plaintiff pursuant to Fed. R. Civ. P. 30(a)(2)(B).

It appearing to the court that Defendants' request is reasonable and proper, Defendants' motion is granted. Defendants are permitted to depose Plaintiff. Defendants are to give ten days' advance notice of the deposition.

IT IS SO ORDERED.

January 18, 2018
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge